JS - 6
E-FILED 03/18/2013

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURU DENIM, INC. | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. CV 12-2163 GHK (AGRx) |
| TRI-STAR TRADING, INC., et al | ) **ORDER OF DISMISSAL** |
| Defendants. | ) |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

Dated: 3/18/13

_____
GEORGE H. KING
Chief United States District Judge