JS - 6
**FILED: 5/21/13**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Guru Denim, Inc.*, | CASE NO. CV 12-2163-GHK (AGRx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *Tri-Star Trading, Inc., et al.*, | |
| Defendants. | |

Pursuant to the Court's October 17, 2012 Order, which entered a consent judgment against Defendant Jenuine ("Jenuine"), Jenuine is **dismissed with prejudice**. Pursuant to the Court's May 15, 2013 Order, which entered a consent judgment against Defendants Street Denim, Inc. and Yousef Althkefati, erroneously sued as "Youseff Althtefuti" (collectively, "Street Denim Defendants"), the Street Denim Defendants are **dismissed with prejudice**. Pursuant to the Court's April 2, 2013 Order, Defendants JC & JQ, Inc. and Jae O. Ha are **dismissed with prejudice**.

Pursuant to the Court's May 21, 2013 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that default judgment shall be entered in favor of Plaintiff Guru Denim, Inc. ("Plaintiff") against Defendant Tri-Star Trading, Inc. ("Tri-Star") in the amount of $500,000, plus costs.

Further, pursuant to the Court's May 21, 2013 Order, Tri-Star, its agents, servants,

employees, and all persons in active concert or participation with them, who receive actual notice of the injunction, are hereby restrained and enjoined from, without Plaintiff's permission:

    (a) Manufacturing, importing, purchasing, distributing, advertising, offering for sale, and/or selling any products which bear marks identical and/or confusingly similar to the following trademarks: U.S. Reg. No. 3,561,466; U.S. Reg. No. 3,147,244; U.S. Reg. No. 3,482,001; and U.S. Reg. No. 3,568,127 (collectively, "True Religion Marks");

    (b) Using the True Religion Marks or any reproduction, counterfeit, copy or colorable imitation thereof in connection with the manufacture, importation, distribution, advertisement, offer for sale and/or sale of merchandise;

    (c) Passing off, inducing or enabling others to sell or pass off any products or other items that are not True Religion's genuine merchandise as genuine True Religion merchandise;

    (d) Leasing space to any tenant who is engaged in the unauthorized manufacturing, purchasing, production, distribution, circulation, sale, offering for sale, importation, exportation, advertisement, promotion, display, shipping, marketing of products which bear marks/designs identical, substantially similar, and/or confusingly similar to the True Religion Marks;

    (e) Committing any other acts calculated to cause purchasers to believe that Defendants' products are True Religion's genuine merchandise unless they are such;

    (f) Shipping, delivering, holding for sale, distributing, returning, transferring or otherwise moving, storing or disposing of in any manner items falsely bearing the True Religion Marks, or any reproduction, counterfeit, copy or colorable imitation thereof; and

    (g) Assisting, aiding or attempting to assist or aid any other person or entity in

1  performing any of the prohibited activities referred to in Paragraphs (a) to (f)
2  above.
3  **IT IS SO ORDERED**.
4  DATED: May 21, 2013

_____
GEORGE H. KING
Chief United States District Judge